IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL THEDFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-612-GPM-DGW |
| ) | |
| Eean CHAPPELLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control. On October 18, 2013, the only Defendant in this matter, Eean Chappelle, signed a waiver of service of summons (Doc. 14). By signing this waiver, Defendant acknowledged that he had 60 days from August 12, 2013 to file a responsive pleading. That deadline was October 11, 2013. As of the date of this Order, no responsive pleading has been filed.

This Court *sua sponte* **GRANTS** Defendant an additional 30 days to file a responsive pleading, until December 6, 2013. The Clerk is **DIRECTED** to mail a copy of this Order to the litigation coordinator at the Menard Correctional Center and to the Illinois Attorney General's Office in Springfield, Illinois.

**IT IS SO ORDERED.**

**DATED: November 13, 2013**

                                                          **DONALD G. WILKERSON**
                                                          **United States Magistrate Judge**